| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

RICHARD DEAN ROSIN, §
§
        Plaintiff, §
§
versus §   CIVIL ACTION H-10-4436
§
RICK THALER, *ET AL.*, §
§
        Defendants. §

## Opinion on Dismissal

Richard Dean Rosin has not paid his $350 filing fee as ordered on January 31, 2011. In that order, Rosin was told that if he does not timely comply, this case would be dismissed. The complaint will be dismissed for want of prosecution and failure to obey a court order. FED. R. CIV. P. 41(b).

Signed March 15, 2011, at Houston, Texas.

Lynn N. Hughes
United States District Judge